UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| UNITED STATES OF AMERICA, | No.: 1:21-cr-180 |
|---|---|
| Plaintiff, | Hon. Hala Y. Jarbou |
| v. | U.S. District Court Judge |
| LOVEDEEP SINGH DHANOA, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| Defendant. | |

TO: HONORABLE SALLY J. BERENS
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Ronald M. Stella, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about October 5, 2021, an Indictment was returned against defendant charging him with mail fraud in violation of 18 U.S.C. § 1341. Defendant made his appearance in our district and was released on bond.

2. That the defendant is presently incarcerated at Kalamazoo County Jail, where he is serving a ten-month sentence for assault with intent to cause bodily harm less than murder, which sentence was imposed on April 11, 2022.

3. Defendant cannot be produced and appear before this Court for sentencing on May 24, 2022, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kalamazoo County Jail, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Lansing, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Lansing, Michigan, and at such other times and dates as the Court may decree, on May 24, 2022, at 1:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Kalamazoo County Jail.

MARK A. TOTTEN
United States Attorney

*/s/ Ronald M. Stella*
RONALD M. STELLA
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable May 24, 2022, at 1:00 p.m. for sentencing before the Honorable Hala Y. Jarbou, in Lansing, Michigan.

Dated: May 18, 2022                     /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        United States Magistrate Judge